ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JEAN M. TURK, CSBN 131517
Special Assistant United States Attorney
     Social Security Administration
     333 Market St., Suite 1500
     San Francisco, CA  94105
     Telephone:  (415) 977-8935
     Facsimile:  (415) 744-0134
     Email: jean.turk@ssa.gov

J S - 6

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARIA CACAU, ) | Case No. 5:09-cv-1822 MLG |
|     Plaintiff, ) | |
|     v. ) | ORDER FOR  DISMISSAL |
| MICHAEL J. ASTRUE, ) COMMISSIONER OF SOCIAL ) SECURITY, ) | |
|     Defendant. ) | |

Pursuant to the parties' stipulation to reopen this case for the purpose of entering a dismissal and the Court's order reopening the case, it is hereby ordered that this case is dismissed without prejudice, with each party to bear its own costs and fees, including attorney fees.

DATE:  December 5, 2011

_____
HON. MARC L. GOLDMAN
United States Magistrate Judge

-1-